UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
<u>TALLAHASSEE</u> DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

WALTER HOLLEY,

Inmate # L08450
(Enter full name of Plaintiff)

vs.

CASE NO: 4:19cv59RH-CAS
(To be assigned by Clerk)

KRESHENDA COLBERT (officer),

_____,
_____,
_____,
_____.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

PROVIDED TO
Century C.I.

JAN 2 2 2019

FOR MAILING  MB  WH
RECEIVED BY_____

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

AH
FILED USDC FLND TL
JAN 28 '19 PM 1:55

I.  **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: WALTER HOLLEY
Inmate Number: L08450
Prison or Jail: Century Correctional Institution
Mailing address: 400 Tedder Road
Century, Florida 32535

II.  **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Kreshenda Colbert
    Official position: Officer
    Employed at: Jefferson Corr. Inst.
    Mailing address: 1050 Big Joe Road
    Monticello, Florida 32344

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). **Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.  **PREVIOUS LAWSUITS**

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                No( ✓ )

1.  Parties to previous action:
    (a)  Plaintiff(s): _N/A_
    (b)  Defendant(s): _N/A_
2.  Name of judge: _N/A_    Case #: _N/A_
3.  County and judicial circuit: _N/A_
4.  Approximate filing date: _N/A_
5.  If not still pending, date of dismissal: _N/A_
6.  Reason for dismissal: _N/A_
7.  Facts and claims of case: _N/A_

(Attach additional pages as necessary to list state court cases.)

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                No( ✓ )

1.  Parties to previous action:
    a.  Plaintiff(s): _N/A_
    b.  Defendant(s): _N/A_
2.  District and judicial division: _N/A_
3.  Name of judge: _N/A_    Case #: _N/A_
4.  Approximate filing date: _N/A_
5.  If not still pending, date of dismissal: _N/A_
6.  Reason for dismissal: _N/A_

3

7. Facts and claims of case: __N/A__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __Holley Walter__
   b. Defendant(s): __Officer Gafford/Sergeant Christmas/Warden Churchwell__
2. District and judicial division: __Federal Court/Panama City division__
3. Name of judge: __N/A__   Case #: __5:15-CV-00024-WS-EMT__
4. Approximate filing date: __N/A__
5. If not still pending, date of dismissal: __N/A__
6. Reason for dismissal: __Failure to pay partial filing fee/without prejudice__
7. Facts and claims of case: __Plaintiff had been beaten by two staff members at Washington Correctional Institution__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ✓ )   No( )

1. Parties to previous action:
   a. Plaintiff(s): __Holley Walter__
   b. Defendant(s): __Officer Gafford/Sergeant Christmas/Warden Churchwell__
2. District and judicial division: __Federal Court/Panama City division__
3. Name of judge: __N/A__   Case Docket # __5:15-CV-00024-WS-EMT__
4. Approximate filing date: __N/A__   Dismissal date: __N/A__
5. Reason for dismissal: __Failure to pay partial filing fee/without prejudice__

4

ATTACHMENT:

(4)(C)

1. Parties to Previous Action:
   A. Plaintiff(s): Holley Walter
   b. Officer Follows / Officer Swartz / Sergeant Pumphry
2. District and Judicial Division: Federal Court / Tallahassee Division
3. Name of Judge: N/A     Case #: 4:15 CV311-MW/CAS
4. Approximate filing date: 8-14-15
5. If not still pending, Date of dismissal: N/A
6. Reason for dismissal: Voluntary withdraw. Complaint dismissed without prejudice.
7. Facts and Claims of Case: Prison conditions, tiles were taken up in the dorm without the proper procedures taken and I forced to inhale clouds of dust for days.

6. Facts and claims of case: Plaintiff had been beaten by two staff members at Washington Correctional Institution.

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Officer Kreshenda Colbert and I inmate Walter Holley met at Jefferson Correctional Institution and subsequently entered into an inmate relationship leading to our engagement. Officer Colbert smuggling in maybe 40 cell phones, an unestimated amount of cartons of cigarettes, pounds of "K2" synthetic weed, and other drugs such as pills, to me and other inmates. Even so, I allowed Colbert to borrow an estimated $6,000. The relationship between Colbert and I had gone bad and Colbert entered into a relationship with another inmate. I asked for the $6,000 to be returned. Colbert put a hit out on me for an ounce of "K2" and had me stabbed in my sleep 13 times on 11-1-16. Relatively in the beginning of our relationship Colbert had an ex-boyfriend that arrived at J.C.I. and she filed an incident report in attempt to have him transferred. When the institution refused to transfer him, Colbert paid for him to be stabbed in the head and was then released from prison early. Colbert stated that her ex-boyfriend had known to much about her. Officer Colbert revealed to another inmate that she had other inmates coming after me. Since being stabbed in my chest I've had a lot of chest pains and in my navel area where I'd been stabbed, and in the bone of my left arm, the shin of my right leg, and my left knee. Initially Colbert would try to force me to have oral sex with her. Subsequently, we began to have sex and a relationship started. This is how Colbert manipulated me into selling her drugs along with her gang affiliation and association. Officer Colbert while acting under color of state law violated Plaintiff's 8th Amendment right to the United States Constitution with having me stabbed and committing sexual battery upon me. Plaintiff also alleges that this violates his 14th Amendment rights to the United States Constitution. Plaintiff does not only suffers physically from Colbert's actions, but mentally/psychologically. Plaintiff

5

Has problems sleeping at night and is constantly distracted by thoughts and hallucinations of his attack, sexual encounters, and of the relationship.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Kreshenda Colbert while acting under color of State law violated my 8TH amendment Right and 14TH amendment Right when placing a hit on me, failing to provide adequate security, and committing sexual battery upon me.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I seek $500,000.00 punitive damages and $500,000.00 compensatory damages suing Kreshenda Colbert in both her individual and official compacities.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

____1-22-19____          ____Walt_____
(Date)                            (Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __22__ day of __January__, 20_19_.

____Walt_____
(Signature of Plaintiff)

Revised 03/07

7

Holley Waiter DC# L08450
Century Correctional Institution
400 Tedder Road
Century, Florida 32535

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

Hasler
01/23/2019
US POSTAGE $000.89⁰

ZIP 32535
011E11675334

JAN 28 2019

United States District Court
Northern District of Florida
111 North Adams Street, Suit 322
Tallahassee, Florida 32301-7730



PROVIDED TO
Century C.I.
JAN 22 2019
FOR MAILING
RECEIVED BY



LEGAL USE ONLY
Ch. 33-601.314 [7-4], F.A.C.
Misuse of State Property
Results in Disciplinary Action