IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALTER HOLLEY,**
**D.O.C. #L08450,**

     Plaintiff,

vs.                                       Case No. 4:19cv59-RH/CAS

**KRESHENDA COLBERT,**

     Defendant.
_____/

## ORDER GRANTING IN FORMA PAUPERIS STATUS

     Plaintiff, an inmate proceeding pro se, has filed a motion requesting leave to proceed in forma pauperis, ECF No. 2, and a civil rights complaint under 42 U.S.C. § 1983.  ECF No. 1.  The motion has been reviewed and, good cause having been shown, it is **ORDERED** that:

     1.  Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is **GRANTED** to the extent the filing fee does not have to be **prepaid**.

     2.  Because Plaintiff has had a zero inmate bank account balance for the past six (6) months, Plaintiff is not required to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A).

3.  Plaintiff is advised that being granted in forma pauperis status is merely authorization to proceed without prepayment of the filing fee. Plaintiff is not relieved of the obligation to pay the full amount of the fee, regardless of dismissal or subsequent release from incarceration. When funds become available, Plaintiff must make payments to the Court until the total amount of the $350.00 filing fee is paid. 28 U.S.C. § 1915(b)(1).

4.  Prisoners must make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10 until the full amount of the filing fee ($350.00) is paid.

5.  When making payments, checks from a penal institution, a cashier's check, or money order shall be made payable to "Clerk, U.S. District Court." **Personal checks are not accepted**. The following information must be included on the face of the check or attached thereto:

> (1) Plaintiff's full name; (2) Plaintiff's inmate number; and (3) the case number for this case as shown on the first page of this Order.

Checks which do not include this information will be returned.

6.  The Clerk of Court shall mail a copy of this Order with appropriate cover letter, to: Department of Corrections, Office of the General Counsel, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

7.  Plaintiff is ultimately responsible for payment of the filing fee if the agency with custody over Plaintiff lapses in its duty to make payments on Plaintiff's behalf.  Thus, in case of transfer, Plaintiff should ensure that any new institution is advised of Plaintiff's payment obligations.

8.  Plaintiff must keep the Court advised as to Plaintiff's current whereabouts.  This case may be dismissed if court orders are returned to the Court because Plaintiff has been transferred or otherwise relocated.

**DONE AND ORDERED** on February 6, 2019.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**